**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan JIMENEZ–VELASCO,**
**Defendant–Appellant.**

No. 02–41696.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2004.

James Lee Turner, Assistant US Attorney, Jeffery Alan Babcock, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Samy K. Khalil, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Juan Jimenez–Velasco appeals his convictions, following a jury trial, of possession of marijuana with intent to distribute, in violation of 21 U.S.C. §§ 841(a) and (b)(1)(B). The district court sentenced Jimenez to a 78–month prison term and a five-year supervised-release term.

Jimenez contends that the trial evidence was insufficient to support the knowledge element of his conviction. Given that Jimenez made a false statement to border patrol agents concerning his citizenship and that there was approximately $811,000 of drugs found in the rig, the evidence, viewed in the light most favorable to the verdict, was sufficient for a jury to reasonably infer Jimenez's guilty knowledge. *See United States v. Ramos–Garcia,* 184 F.3d 463, 465–66 (5th Cir.1999); *United States v. Villarreal,* 324 F.3d 319, 324 (5th Cir.2003); *United States v. Jones,* 185 F.3d 459, 464 (5th Cir.1999).

Jimenez's conviction is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

